UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY L. FRANKLIN III,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendant. | 1:11-cv-00470-GSA (PC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR DEFENDANT REFENDOR TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(Document# 13)<br><br>DEADLINE: DECEMBER 16, 2013 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 28 U.S.C. § 1331.  On October 23, 2013, defendant Refendor filed a motion to extend time to respond to the First Amended Complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant Refendor is granted until December 16, 2013 to file a response to the First Amended Complaint.

IT IS SO ORDERED.

Dated:   **November 15, 2013**              **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE